1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MORRIS D. BELL,

11          Plaintiff,                    No. CIV S-06-0138 MCE GGH P

12       vs.

13   SAC. COUNTY SHERIFF'S DEPT., et al.,

14          Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed February 16, 2006, plaintiff's complaint was dismissed and thirty

17   days leave to file an amended complaint was granted.  On April 5, 2006, this order was re-served

18   on plaintiff at his current address.  The thirty day period has now expired, and plaintiff has not

19   filed an amended complaint or otherwise responded to the court's order.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2 | F.2d 1153 (9th Cir. 1991).

3 | DATED: 9/7/06                                    /s/ Gregory G. Hollows

4 |                                                  _____
| GGH:035                                          UNITED STATES MAGISTRATE JUDGE

5 | bell0138.fta

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |